IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEATRIZ BAUZA-LOPEZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of | : | |
| Social Security | : | NO. 22-1948 |

**O R D E R**

SCOTT W. REID, J.

AND NOW, this 20th day of December, 2022, it is hereby ORDERED that Claimant's Request for Review is GRANTED IN PART and the matter REMANDED to obtain a report from a consulting rheumatologist or other relevant expert to consider Bauza's fibromyalgia.

The Clerk of Court is hereby directed to mark this case as CLOSED.

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID, J.
UNITED STATES MAGISTRAGE JUDGE